

# Fourth Court of Appeals

## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00084-CV

Vanessa Jordan **HARWOOD**, William Crosby Harwood, and Donna Harwood,
Appellants

v.

**GUADALUPE-BLANCO RIVER AUTHORITY**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-0134-CV-A
Honorable W.C. Kirkendall, Judge Presiding

PER CURIAM

Sitting:      Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed:  May 21, 2014

DISMISSED FOR WANT OF PROSECUTION

Appellants appeal the trial court's order of dismissal signed January 3, 2014. Appellants'

brief was due April 7, 2014. Neither the brief nor a motion for extension of time was filed. On

April 17, 2014, we ordered appellants to file, not later than April 28, 2014, their appellants' brief

and a written response reasonably explaining their failure to timely file the brief. We advised

appellants that if they failed to file a brief and the written response by the date ordered, or a proper

motion to extend time to file the brief by April 28, 2014, we would dismiss the appeal for want of

prosecution.  *See* TEX. R. APP. P. 38.8(a).  Appellants have not filed a brief or the written response ordered by the court, or a motion to extend time to file the brief.

We therefore **order** this appeal dismissed for want of prosecution.  We further **order** that appellee Guadalupe-Blanco River Authority recover its costs of this appeal from appellants Vanessa Jordan Harwood, William Crosby Harwood, and Donna Harwood.


PER CURIAM